ROBERTSON v. LITTLE.

## John Robertson v. William L. P. Little and others.

When a case made after judgment in the Circuit Court is settled and filed with the clerk of that court, either party desiring action upon it may cause it to be certified to the Supreme Court.

The Supreme Court cannot dismiss a case made after judgment which has never been transmitted to and filed in that Court.

*Heard and decided July 14th.*

*W. L. Webber* moved to dismiss a case made after judgment. It appeared from the affidavits on which the motion was based, that defendants had judgment in the Court below July 5th, 1860; that a case was subsequently made, and settled by the Circuit Judge for review in this Court, which was filed with the Clerk of the Circuit Court February 11th, 1861, but the same has never been transmitted to this Court, and no action has been had thereon since the filing.

*J. G. Sutherland*, contra, objected that the Supreme Court could not dismiss a case which was not yet in that Court.

BY THE COURT. When a case made after judgment has been settled and filed in the Circuit Court, either party has the right to cause it to be certified to this Court for our action; and it must be brought here before any motion can be made in this Court upon it. We cannot dismiss a case from the Court which was never in it.

*Motion denied.*